1  Stephen M. Lobbin (SBN 181,195)
   E-mail: sml@smlavvocati.com
2  **SML Avvocati P.C.**
   888 Prospect Street, Suite 200
3  La Jolla, CA 92037
   Tel: 949.636.1391
4
   Attorney for Plaintiff
5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **Display Technologies, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **Mazda Motor of America, Inc.**, <br><br> Defendant. | Case No. 8:20-cv-01029-JVS-DFM <br><br> **JOINT STIPULATION REQUESTING TO CONTINUE SCHEDULING CONFERENCE** <br><br> Current Date: Aug. 31, 2020 <br> Requested New Date: Oct. 19, 2020 <br><br> Honorable James V. Selna |

  Pursuant to L.R. (C.D. Cal.) 7-1, the parties hereby stipulate (subject to this Court's approval) and jointly request that the August 31, 2020 Scheduling Conference in this action should be continued to October 19, 2020, along with related Rule 26(f) deadlines.  The reasons supporting the parties' request include that (a) Defendant was served on August 12, 2020 (with a response due September

2, 2020), (b) the parties have stipulated under L.R. 8-3 to extend the time for Defendant to respond to the initial complaint until October 2, 2020, and (c) the Scheduling Conference in a related case—*Display Techs., LLC v. Clarion Corp. of Am.*, No. 8:20-cv-01028-JVS-DFM—is set for October 19, 2020.

Respectfully submitted,

Dated:  August 24, 2020

**SML Avvocati P.C.**

By: /s/ Stephen M. Lobbin
    Attorneys for Plaintiff

The signatory above attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 24, 2020

**DLA Piper LLP**

By: /s/ Martin M. Ellison
    Martin M. Ellison (SBN 292060)
    martin.ellison@dlapiper.com
    DLA Piper LLP
    2000 Avenue of the Stars
    Suite 400, North Tower
    Los Angeles, CA 90067
    Telephone:  (310) 595-3000
    Facsimile:   (310) 595-3300

Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

/s/ Stephen M. Lobbin