Stephen M. Lobbin (SBN 181,195)
E-mail: sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
La Jolla, CA 92037
Tel: 949.636.1391

Jay Johnson *(Admitted via Pro Hac Vice)*
Kizzia Johnson PLLC
1910 Pacific Avenue, Suite 13000
Dallas, TX 75201
Phone: 214-451-0164
Fax: 214-451-0165

Attorney for Plaintiff **Display Technologies, LLC**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES,  LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAZDA MOTOR OF AMERICA, INC.,<br><br>Defendants. | Case No. 8:20-cv-1029-JVS-DFM<br><br>**NOTICE OF SETTLEMENT PURSUANT TO L.R. 40-2 AND JOINT MOTION TO STAY ALL DEADLINES PENDING FINALIZING OF SETTLEMENT AGREEMENT**<br><br>Honorable James V. Selna |

      Plaintiff Display Technologies, LLC and Mazda Motor Company of America, Inc. hereby request the court to stay all current deadlines for 30 days. The parties have reached an agreement in principal that will resolve the matter between them.  The parties need additional time to reach an agreement. Accordingly, the parties file this joint motion for a stay of all pending deadlines for 30 days, until and including October 28, 2020.  This stay is not sought for the purpose of delay but so that justice may be served.

Respectfully submitted,

Dated:  September 28, 2020

**SML Avvocati P.C.**

By:___/s/_____
        Stephen S. Lobbin

Attorneys for Plaintiff

The signatory above attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**DLA Piper LLP (US)**

By:___/s/_____
        Martin M Ellison
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Telephone: 310-595-3000
Fax: 310-595-3300
Email: martin.ellison@dlapiper.com

Matthew D. Satchwell
DLA Piper LLP (US)
444 West Lake Street Suite 900
Chicago, IL 60606
Telephone: 312-368-2111
Fax: 312-236-7519
Email: matthew.satchwell@dlapiper.com

Attorneys for Defendant