1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MAZDA MOTOR OF AMERICA, INC., <br><br> Defendants. | Case No. 8:20-cv-1029-JVS-DFM <br><br> **[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY ALL DEADLINES PENDING FINALIZING OF SETTLEMENT AGREEMENT** <br><br> Honorable James V. Selna |

Having read and considered the Parties' Joint Motion to Stay All Deadlines Pending Finalizing of a Settlement Agreement, and good cause appearing, IT IS HEREBY ORDERED that all deadlines are hereby stayed for 30 days.  IT IS SO ORDERED.

DATED:  September____, 2020

_____
Hon. James V. Selna
United States District Court